1   Kathryn D.Z. Domin (State Bar No. 274771)
    kdomin@rutan.com
2   Samantha L.G. Papuchis (State Bar No. 310610)
    spapuchis@rutan.com
3   Golsa Honarfar (State Bar No. 311337)
    ghonarfar@rutan.com
4   RUTAN & TUCKER, LLP
    18575 Jamboree Road, 9th Floor
5   Irvine, CA  92612
    Telephone:   714-641-5100
6   Facsimile:    714-546-9035

7   Attorneys for Defendant and Third-Party Plaintiff
    APT ELECTRONICS

8               UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

| | |
|---|---|
| 11  SMTC Corporation, a Delaware corporation, | Case No. 8:23-cv-00672 JVS (DFMx) |
| 12          Plaintiff, | **JOINT MOTION FOR DISMISSAL OF COMPLAINT-IN-IMPLEADER AGAINST INOGEN, INC.** |
| 13      v. | |
| 14  APT ELECTRONICS, a California corporation, | **[FED. R. CIV. P. 41(a)(1)(A)]** |
| 15 | |
| 16          Defendant. | |
| 17  APT ELECTRONICS, a California corporation, | District Judge:       Hon. James V. Selna |
| 18 | Magistrate Judge:  Hon. Douglas F. McCormick |
| 19          Third-Party Plaintiff, | |
| 20      v. | Complaint-In-Impleader Filed: 05/25/23 |
| 21  INOGEN, INC., a Delaware corporation and ROES 1 through 10, | |
| 22          Third-Party Defendants. | |

23

24

25

26

27

28

1    Prior to Plaintiff SMTC Corporation ("SMTC") filing the complaint in this

2  action, Defendant and Third-Party Plaintiff APT Electronics, Inc. ("APT") sued

3  Third-Party Defendant Inogen, Inc. ("Inogen") in California state court (the "State

4  Court Action") over the same set of facts at issue in the instant case.  The State

5  Court Action was stayed pending resolution of this action.

6    SMTC and APT recently entered into a settlement agreement in the above-

7  entitled action and SMTC's complaint has been dismissed.  Accordingly, APT and

8  Inogen wish to resume the State Court Action, and so jointly move pursuant to

9  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) for a dismissal of APT's Complaint-

10  In-Impleader in this action and each and every claim for relief set forth therein.

11    APT and Inogen shall each bear their own costs and attorneys' fees.

12    The dismissal shall be without prejudice pursuant to Federal Rule Civil

13  Procedure 41(a)(1)(B).

14  DATED: October 16, 2023              SELTZER CAPLAN MCMAHON VITEK

15

16                                        By: /s/

17                                            Richard D. Gluck
                                             Andrea N. Myers
18                                            Jake D. Sesti

19                                        Attorneys for Third-Party Defendant
20                                        INOGEN, INC.

21  DATED: October 16, 2023              RUTAN & TUCKER, LLP

22

23                                        By:

24                                            Kathryn D.Z. Domin
                                             Samantha Papuchis
25                                            Golsa Honarfar

26                                        Attorneys for Third-Party
                                         Complainant
27                                        APT ELECTRONICS, INC.
                                         CORPORATION

28