# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SMTC Corporation, a Delaware corporation,<br><br>   Plaintiff,<br><br>v.<br><br>APT ELECTRONICS, a California corporation,<br><br>   Defendant. | Case No. 8:23-cv-00672-JVS-DFM<br><br>**JUDGMENT AGAINST APT ELECTRONICS, INC. [41]** |
| APT ELECTRONICS, a California corporation,<br><br>   Third- Party Plaintiff,<br><br>v.<br><br>INOGEN, INC., a Delaware corporation and ROES 1 through 10,<br><br>   Third- Party Defendant. | |

# **JUDGMENT**

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiff SMTC Corporation ("SMTC") and against Defendant/Third Party-in-Impleader Plaintiff APT Electronics, Inc. ("APT") in the amount of Two Million Seven Hundred Ninety Six Thousand Six Hundred Forty Two Dollars and Eight Cents ($2,796,642.08), less any and all settlement payments made prior to entry of this Judgment in the amount of $2,631,642.00, plus attorney's fees and costs incurred in connection with filing the Stipulation and entering this Judgment in the amount of $1902.00 for a total Judgment of $166,902.08.

Dated: March 14, 2025

_____
United States District Judge